EUGENE OLIVIER vs. GEORGE CUNNINGHAM, (three cases.)

Submitted on briefs April 17, 1893.   Reversed June 16, 1893.

Appeal by plaintiff, Eugene Olivier, from a judgment of the District Court of Carver County, *Francis Cadwell*, J., entered April 9, 1892.

On August 18, 1891, the defendant, George Cunningham, of Watertown in Carver County, purchased in Minneapolis a traction steam engine and threshing machine. In taking them out into the country he ran the engine along Washington Avenue North. Plaintiff's children were out driving with his horse and buggy, and met the engine on the avenue. The horse was frightened and ran away; the children were thrown out and injured, and the buggy demolished. The father brought this action in his own name for injury to Wilfred, one of his children, under 1878 G. S. ch. 66, § 34, which provides that a father may maintain an action for the injury of the child. The venue was laid in Hennepin County. By consent the place of trial was changed to Carver County, where defendant resided, but without prejudice to plaintiff's right to move for a change of venue back to Hennepin County.

On November 9, 1891, plaintiff moved to change the place of trial from Carver County back to Hennepin County for convenience of his nineteen material witnesses. The only opposing affidavit was made by defendant's attorney. Among other things it stated that the defendant had fully stated to deponent the case, and the facts in the case, and the names of defendant's witnesses and the character of their evidence, and that from such statement he verily believed defendant had a good and substantial defense to the action on the merits. The affidavit further stated that defendant had two witnesses in Carver County, but did not disclose their names. It admitted that the cause of action, if plaintiff had any, arose in Hennepin County. The court denied the motion. When the action was reached for trial, plaintiff did not appear, and the action was dismissed. Defendant caused judgment to be entered for his costs. From that judgment this appeal is taken. The only error plaintiff claimed was the denial of his motion to change the place of trial back to Hennepin County. Three other actions were brought at the same time, two for injury to the other children and one for injury to the horse and buggy. All the actions went through the same course. One of them is reported, 51 Minn. 232. The briefs of counsel were the same in these three cases as in that.

*Savage & Purdy*, for appellant.

*W. C. Odell*, for respondent.

PER CURIAM. In the several cases entitled as above the same questions are presented as were considered and determined in *Olivier* v. *Cunningham*, 51 Minn. 232, (53 N. W. Rep. 462,) decided at the last term. They are reversed for the same reason. Statutory costs will be allowed in but one case.

Judgments reversed.

(Opinion published 55 N. W. Rep. 540.)